1  Mark E. Ellis - 127159
   Kimberly E. Lewellen - 243663
2  ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821

5  Attorneys for DEFENDANT
   SIMM ASSOCIATES, INC.

**E-filing**

FILED

APR 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RS

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

CV   08        2130

11 RAMONA PATRICIA CARDON,          Case No.:
                                    Santa Clara County Case No.: 108CV106682
12          Plaintiff,
                                    **CERTIFICATION AND NOTICE TO
13 v.                               INTERESTED PARTIES**

14 SIMM ASSOCIATES, INC. a Delaware
   corporation, and DEFENDANT DOES 1 through
15 10,

16          Defendants.

BY FAX

17

18          The undersigned, counsel of record for Defendant SIMM ASSOCIATES, INC., certifies that

19 the following listed parties have a direct, pecuniary interest in the outcome of this case. These

20 representations are made to enable the Court to evaluate possible disqualification or recusal.

21          1.     RAMONA PATRICIA CARDON, Plaintiff and

22          2.     SIMM ASSOCIATES, INC., Defendant;

23 Dated: April 23, 2008

24                         ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP

25

26          By  _Kimberly E. Lewellen_
                Kimberly E. Lewellen
27              Attorney for
                SIMM ASSOCIATES, INC.

28

- 1 -

CERTIFICATION AND NOTICE TO INTERESTED PARTIES

**CERTIFICATE OF SERVICE**

I, Alexandria Felix, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On April 23, 2008, I served the following document(s) on the parties in the within action:

**CERTIFICATION AND NOTICE TO INTERESTED PARTIES**

| | |
|---|---|
| | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Fred W. Schwinn<br>Consumer Law Center, Inc.<br>12 South First Street<br>Suite 1014<br>San Jose, CA 95113-2404 | Attorneys for<br>PLAINTIFF RAMONA PATRICA CARDON |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 23, 2008.

By: _____
Alexandria Felix

- 2 -