1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   RAMONA PATRICIA CARDON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RAMONA PATRICIA CARDON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SIMM ASSOCIATES, INC., a Delaware corporation, and DEFENDANT DOES 1 through 10,<br><br>　　　　Defendants. | Case No. C08-02130-RS<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge for trial or disposition and hereby requests the reassignment of this case to a United States District Judge.

　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

Dated: May 28, 2008　　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　RAMONA PATRICIA CARDON

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE　　Case No. C08-02130-RS