**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMONA PATRICIA CARDON,

        Plaintiff(s),

  v.

SIMM ASSOCIATES INC,

        Defendant(s).
_____/

CLERK'S NOTICE CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE

No. C 08-02130 JW

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion Hearing previously set for July 7, 2008 at 9:00 AM before Judge James Ware has been reset for **September 15, 2008 at 9:00 AM,** the Case Management Conference set for August 25, 2008 at 10:00 AM has been reset to **September 15, 2008 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: June 9, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
    Elizabeth Garcia
    Courtroom Deputy