UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAMONA PATRICIA CARDON

CASE NO. C08-02130RS

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

SIMM ASSOCIATES, INC.

Defendant(s).
_____/

Defense counsel reports that she has attempted to initiate meet and confer with plaintiff's counsel regarding ADR and that plaintiff's counsel has not yet responded.

Date of Case Management Conference 09/15/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Mark E. Ellis | Def. Simm Associates, Inc. | 916-283-8820 | mellis@ecplslaw.com |
| Kimberly E. Lewellen | Def. Simm Associates, Inc. | 916-283-8820 | klewellen@ecplslaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

Attorney for Plaintiff

Dated: 08/25/2008

Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

# CERTIFICATE OF SERVICE

I, Sheri Trujillo, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On August 25, 2008, I served the following document(s) on the parties in the within action:

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Fred W. Schwinn<br>Consumer Law Center, Inc.<br>12 South First Street<br>Suite 1014<br>San Jose, CA 95113-2404 | PLAINTIFF RAMONA PATRICA CARDON |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on August 25, 2008.

By _____
Sheri Trujillo