1    Fred W. Schwinn (SBN 225575)
     CONSUMER LAW CENTER, INC.
2    12 South First Street, Suite 1014
     San Jose, California  95113- 2418
3    Telephone Number: (408) 294-6100
     Facsimile Number: (408) 294-6190
4    Email Address: fred.schwinn@sjconsumerlaw.com

5    Attorney for Plaintiff
     RAMONA PATRICIA CARDON

6

7

8              **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                     **SAN JOSE DIVISION**

10   RAMONA PATRICIA CARDON,                Case No.  C08-02130-JW-RS

11                      Plaintiff,

12   v.                                     **NOTICE OF SERVICE OF**
                                            **PLAINTIFF'S INITIAL**
13   SIMM ASSOCIATES, INC., a Delaware      **DISCLOSURES PURSUANT TO**
     corporation, and DEFENDANT DOES 1      **FED. R. CIV. P. 26(a)(1)**
14   through 10,

15                      Defendants.

16

17          **COMES NOW** the Plaintiff, RAMONA PATRICIA CARDON, by and through counsel,

18   Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 3rd

19   day of September, 2008, a true and accurate copy of the Plaintiff's Initial Disclosures Pursuant to

20   Fed. R. Civ. P. 26(a)(1) and a copy of this notice were deposited in the United States mail, postage

21   prepaid, addressed to the following:

22                          Kimberly Elizabeth Lewellen
                            Ellis Coleman Poirier LaVoie & Steinheimer LLP
23                          555 University Avenue, Suite 200
                            Sacramento, CA  95825
24                          Attorney for Defendants

25

26   Dated: September 3, 2008                    By: /s/ Fred W. Schwinn
                                                     Fred W. Schwinn, Esq.
27                                                   Attorney for Plaintiff
                                                     RAMONA PATRICIA CARDON
28

NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES          Case No.  C08-02130-JW-RS